**Order entered November 4, 2021**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-21-00343-CV

**BRIDGET PARSON A/K/A BRIDGET BROWN PARSON, Appellant**

**V.**

**BECKY COLE, Appellee**

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-15-01563-B**

## ORDER

We abated this appeal on June 4, 2021 due to appellant filing for bankruptcy. By notice filed November 2, 2021, appellee informs the Court that appellant's bankruptcy has been dismissed. Accordingly, we **REINSTATE** the appeal. *See* TEX. R. APP. P. 8.3(a).

We note the appellate record has not been filed and **ORDER** Dallas County Clerk John F. Warren and Robin N. Washington, Official Court Reporter for

County Court at Law No. 2, to file their respective records no later than December 3, 2021.

We **DIRECT** the Clerk of the Court to send a copy of this order to Mr. Warren, Ms. Washington, and the parties.

/s/    CRAIG SMITH
       JUSTICE